IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OPERATING ENGINEERS, HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,

    Plaintiffs,

  v.

MORA CONSTRUCTION, INC., a California corporation, and MARK C. MORA, an individual,

    Defendant.

No. C 06-03641 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court hereby **DENIES** plaintiffs' *ex parte* request to continue the case management conference for three months. Counsel shall please attend the case management currently set for **SEPTEMBER 14, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 7, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE