IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>MORA CONSTRUCTION, INC., a California corporation, and MARK C. MORA, an individual,<br><br>    Defendants.<br>                                                                / | No. C 06-03641 WHA<br><br>**ORDER RE FILING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

At a case management conference held on February 1, 2007, plaintiffs were instructed to file any motion for default judgment no later than March 16, 2007. Several months have passed, and plaintiffs have not filed such a motion. Accordingly, plaintiffs must file their motion for default judgment no later than **AUGUST 30, 2007**.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE