James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
500 Airport Boulevard, Suite 100
Burlingame CA 94010
Telephone:  (925) 385-0354
Facsimile:   (866) 232-5759
E-Mail:       brucel@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MORA CONSTRUCTION INC., a California corporation; and MARK C. MORA, an Individual,<br><br>Defendants. | Case No. 3:06cv3641 WHA<br><br>STIPULATED JUDGMENT<br><br>DATE:  none set<br>TIME:<br>COURTROOM:   9, 19th Floor<br>JUDGE:    William H. Alsup |

Plaintiffs' having served a summons and their First Amended Complaint For Damages From Breach Of Collective Bargaining Agreement on Defendants on December 3 and 4, 2006, followed by service by mail, and Defendants' having failed to answer or otherwise respond, upon plaintiffs' application, on January 23, 2007, the Court entered Defendants' default herein.

1      Although Defendants are in default as to this action, Plaintiffs and Defendants have agreed on terms of a settlement of this action and other related claims. Pursuant to that Settlement Agreement, the parties have agreed to entry of the following judgment:

     That defendants, Mora Construction, Inc., and Mark C. Mora, an individual, are jointly and severably liable to plaintiffs for the sum of $171,944.02, consisting in $118,938.75 for unpaid employer contributions (based on reported hours and payments for July 2005 through May 2007 and on a revised audit covering July 2003 through September 2006), $64,586.27 for liquidated damages and interest (calculated to May 29, 2007), $4,569.00 for costs, and $23,850.00 for plaintiffs' attorney's fees, offset by a payment of $40,000 credited in the Agreement;

     That defendants, Mora Construction, Inc., and Mark C. Mora, an individual, shall be jointly and severably liable to plaintiffs for plaintiffs' post-settlement costs and attorney's fees incurred herein, as may be shown in any future proceedings in execution of this judgment;

     That defendants, Mora Construction, Inc., and Mark C. Mora, an individual, shall be jointly and severably liable to plaintiffs for post-judgment interest at 12%/year (1%/mo.) and for plaintiffs' post-judgment costs and attorney's fees as may be incurred and shown in enforcing this Judgment; and

     That the Court shall retain jurisdiction to enforce this Judgment.

IT IS SO STIPULATED.

DATED: 8-22-07, 2007.   By: /s/ Wayne E. McBride
     Wayne E. McBride
     Collections Manager
     Operating Engineers Multi-Services Department
     For the Plaintiffs' Boards of Trustees for the Plaintiff Trust Funds

DATED: 8-28-, 2007.   By: /s/ Mark C. Mora
     Mark C. Mora, individually and
     as Chief Executive Office for
     Mora Construction, Inc., Defendants

1 THE PARTIES HAVING SO AGREED, IT IS SO ORDERED AND
2 ADJUDGED.

4 DATED: September 4, 2007

_____
Hon. William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

C:/ ... 32.0207/Pleadings/Default judgment/stipulated judgment.doc

- 3 -

**STIPULATED JUDGMENT**　　　　　　　　　　　　　　　　　　　　Case No. 3:06cv3641 WHA